**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (No. 035228)
1930 East Brown Road, Suite 102
Mesa, Arizona 85203-5138
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Antonio De Jesus Alvarez Gonzalez<br><br>    Defendant. | Case No. 2:22-cr-00918-MTL-1<br><br>**OBJECTION TO PRESENTENCE INVESTIGATION REPORT** |

Defendant Antonio de Jesus Alvarez Gonzalez, by and through undersigned counsel, hereby submits his objections and corrections to the Pre-sentence Investigation Report in this matter and states the following. Sentencing is set for August 31, 2023:

1. Page 6 paragraph 23 lists Mr. Gonzalez as 'Portillo'.

2. Page 6 paragraph 24 and 25, the writer states that the gun "would have been sold with a 30-round magazine." This gun was not shown to have a 30-round magazine attached to it. Neither is there a showing that a high-capacity magazine was in close proximity to it. This enhancement, U.S.S.G. Sec. 2K2.1, should not be applied, see *United States v. Davis*, 668 F.3d 576, 579 (2012)

1

holding that physical proximity between the high-capacity magazine and the gun are required.

3.  Page 8 paragraph 47 says that his wife was afraid **of** him during withdrawals. I believe that may be a misinterpretation. She was afraid **for** him as he was in severe pain and was undergoing an extraordinarily dangerous withdrawal process without the aid of medicinal help. See page 9 paragraph 54.

4.  Page 9 paragraph 57 says, "The defendant could no reconcile…" but should probably say "…could not reconcile…".

. . .

. . .

RESPECTFULLY SUBMITTED this 21st day of August 2023

By */s/ Joseph D. Tobler*
*Joseph* D. Tobler
1930 E. Brown Rd.
Mesa, AZ 85203
Attorneys for Defendant

Certificate of Service:

I hereby certify that on August 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Michael T. Liburdi

Addison B. Santome, Assistant U. S. Attorney, *U.S. Attorney's Office*