**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (No. 035228)
1930 East Brown Road, Suite 102
Mesa, Arizona 85203-5138
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Antonio De Jesus Alvarez Gonzalez<br><br>Defendant. | Case No. 2:22-cr-00918-MTL-1<br><br>**MOTION FOR LEAVE TO FILE OBJECTION TO PRESENTENCE REPORT LATE** |

Defendant Antonio de Jesus Alvarez Gonzalez, by and through undersigned counsel, hereby requests leave to file his objection to the pre-sentence report past the deadline with apology.

. . .

. . .

RESPECTFULLY SUBMITTED this 21st day of August 2023

By */s/ Joseph D. Tobler*
*Joseph* D. Tobler
1930 E. Brown Rd.
Mesa, AZ 85203
Attorneys for Defendant

Certificate of Service:

I hereby certify that on August 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Michael T. Liburdi

Addison B. Santome, Assistant U. S. Attorney, *U.S. Attorney's Office*