**Carpenter, Angelica K. (ATF)**

| | |
|---|---|
| **From:** | Ron Gissendaner ▮▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Monday, August 28, 2023 9:29 AM |
| **To:** | Carpenter, Angelica K. (ATF) |
| **Subject:** | [EXTERNAL] RE: Firearm Question |

Good Morning Angelica

The Springfield #SE62419 we received NEW from Bangers Wholesale 2/19/2019 and it would have had the 30rd mag
The Omni #NS174720 we received  New from American Tactical 11/30/2018 and it would have had a 30rd mag

Please let me know if you need anything else


*Ron Gissendaner*

Sprague's Sports LLC
Senior V.P.
345 W 32nd Street
Yuma, AZ. 85364